UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                                    CHAPTER 13
                                          BANKRUPTCY NO.  14-00335M
KARA D. BARRETT,
                                          ANNUAL STATUS REPORT
                                          BY TRUSTEE

                    Debtor.

## I.  DESCRIPTION OF THE STATUS OF THE CASE

This pending case was filed March 13, 2014.  Debtor is a wage earner.  The debtor's plan was confirmed August 6, 2014 providing for monthly payments of $330.83 for thirty-seven months, plus disposable income.  The plan should be complete by April 2017.

## II. IDENTIFICATION OF ANY PROBLEMS IN ADMINISTRATION

There are currently no problems with the administration of this case.  Debtor is current in plan payments through March 2015.

## III. LISTING OF PAYMENTS RECEIVED IN THE PREVIOUS TWELVE MONTHS INCLUDING DATES AND AMOUNTS

Refer to EXHIBIT A attached hereto.

## IV. SUMMARY OF DISTRIBUTIONS MADE IN THE PREVIOUS TWELVE MONTHS BY CATEGORY

Refer to EXHIBIT A attached hereto.

| Trustee fee | $329.95 | Secured claims | $578.27 |
|---|---|---|---|
| Attorney fee | $2,720.00 | Unsecured claim | $0.00 |
| Priority claims | $0.00 | Court costs | $0.00 |

## V.  SUMMARY OF ALL RECEIPTS, DISBURSEMENTS, COSTS AND ANY AMOUNT UNDISTRIBUTED FROM THE DATE THE CASE WAS FILED

Refer to EXHIBIT A attached hereto.

| Receipts | $3,639.13 | Costs | $330.86 |
|---|---|---|---|
| Disbursements | $3,298.27 | Undistributed | $10.00 |

## VI. MINIMUM AMOUNT REMAINING DUE TO COMPLETE
## PAYMENTS UNDER PLAN

As of March 27, 2015, the minimum amount due to complete the plan is $8,270.75.

## VII. REPORT ON WHETHER THERE IS ADDITIONAL NET DISPOSABLE INCOME WHICH
## SHOULD BE COMMITTED TO THE PLAN.

The trustee has not received the requested 2014 tax returns to determine if there will be any additional disposable income.

DATED:  March 27, 2015

Respectfully submitted,

/s/ Carol F. Dunbar
Carol F. Dunbar, #1682
Chapter 13 Trustee
531 Commercial Street, Suite 500
Waterloo, IA 50701
Telephone (319) 233-6327
Fax (319) 233-0346

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following persons at the address indicated:

United States Trustee
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401

Kevin D. Ahrenholz
Attorney at Law
PO Box 178
Waterloo, IA  50704-0178

Kara Barrett
1302 N President Avenue
Mason City, IA  50401

by electronic filing or enclosing the same in an envelope with postage fully paid, and by depositing said envelope in a United States Postal Service depository in Waterloo, Iowa.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2015

/s/ Sherry Steffen

United States Bankruptcy Court
for the
Northern District of Iowa

Carol F. Dunbar, Trustee
Chapter 13 Trustee
P.O. Box 1377
Waterloo, IA  50704

TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from March 01, 2014 through February 28, 2015

**EXHIBIT A**

IN RE:

KARA BARRETT

1302 N. PRESIDENT AVE
MASON CITY, IA 50401

CASE NUMBER:  14-00335M
ATTY:  KEVIN D. AHRENHOLZ

ATTORNEY AT LAW
PO BOX 178
WATERLOO, IA 50704-0178

FILED: March 13, 2014          CONFIRMED: August 06, 2014

RECEIPTS

| Date | Source | Doc Number | Amount | Date | Source | Doc Number | Amount |
|------|--------|------------|--------|------|--------|------------|--------|
| 04/07/2014 | ACH 140403A | 0000031 | 330.83 | 05/05/2014 | ACH 140501A | 0000030 | 330.83 |
| 06/05/2014 | ACH 140602A | 0000030 | 330.83 | 07/07/2014 | ACH 140702A | 0000028 | 330.83 |
| 08/05/2014 | ACH 140801A | 0000027 | 330.83 | 09/05/2014 | ACH 140902A | 0000026 | 330.83 |
| 10/06/2014 | ACH 141001A | 0000026 | 330.83 | 10/06/2014 | ACH 141001A | 0000026 | -330.83 |
| 10/06/2014 | ACH 141001A | 0000026 | 330.83 | 11/05/2014 | ACH 141103A | 0000025 | 330.83 |
| 12/05/2014 | ACH 141202A | 0000025 | 330.83 | 01/05/2015 | ACH 141222A | 0000023 | 330.83 |
| 02/05/2015 | ACH 150202A | 0000022 | 330.83 | | | | |

Trustee Administrative Fees................................. 150.40

CLAIMS AND DISTRIBUTIONS

| Claim | Name of Claimant | Class | Scheduled or Allowed | Percent Forgiven | Prior Balance | Paid This Period | Balance Due |
|-------|------------------|-------|----------------------|------------------|---------------|------------------|-------------|
| 001 | AMERICAN INFOSOURCE LP AS AGENT | Unsecured | 2,722.98 | 0 | 2,722.98 | 0.00 | 2,722.98 |
| 002 | AMERICAN INFOSOURCE LP AS AGENT | Unsecured | 3,838.29 | 0 | 3,838.29 | 0.00 | 3,838.29 |
| 003 | CAVALRY SPV I, LLC | Unsecured | 3,535.00 | 0 | 3,535.00 | 0.00 | 3,535.00 |
| 004 | CERASTES LLC | Unsecured | 430.00 | 0 | 430.00 | 0.00 | 430.00 |
| 005 | CERASTES LLC | Unsecured | 350.00 | 0 | 350.00 | 0.00 | 350.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES LI | Unsecured | 456.01 | 0 | 456.01 | 0.00 | 456.01 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES LI | Unsecured | 533.84 | 0 | 533.84 | 0.00 | 533.84 |
| 008A | BAYVIEW LOAN SERVICING LLC | Secured | 8,368.09 | 0 | 8,368.09 | 578.27 | 7,789.82 |
| 009 | H&R ACCOUNTS | Unsecured | 93.00 | 0 | 93.00 | 0.00 | 93.00 |
| 010 | ATLANTIC CREDIT AND FINANCE INC | Unsecured | 1,665.65 | 0 | 1,665.65 | 0.00 | 1,665.65 |
| 011 | US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0 | 0.00 | 0.00 | 0.00 |

United States Bankruptcy Court

for the

Northern District of Iowa

Carol F. Dunbar, Trustee
Chapter 13 Trustee
P.O. Box 1377
Waterloo, IA  50704

TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from March 01, 2014 through February 28, 2015

**EXHIBIT A**

IN RE:                                                          CASE NUMBER:  14-00335M

    KARA BARRETT                                        ATTY:  KEVIN D. AHRENHOLZ

CLAIMS AND DISTRIBUTIONS

| Claim | Name of Claimant | Class | Scheduled or Allowed | Percent Forgiven | Prior Balance | Paid This Period | Balance Due |
|-------|------------------|-------|----------------------|------------------|---------------|------------------|-------------|
| 799 | KEVIN D. AHRENHOLZ | Attorney | 2,720.00 | 0 | 2,720.00 | 2,720.00 | 0.00 |
| | Trustee Administrative Fees | | | | | 179.55 | |
| | | TOTALS: | 24,712.86 | | | | 21,414.59 |

Minimum (Base):  $12,240.71          Payments To Date:  $3,639.13          Remaining Minimum Due:  $8,601.58

Summary of all receipts and disbursements from the date the case was filed, to and including, February 28, 2015

Receipts:  $3,639.13          Paid Claimants:  $3,298.27          Paid Costs:  $330.86          Undistributed:  $10.00